IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, ) ) ) | |
| Petitioner, ) ) | Case No. 3:09-cv-00060 |
| v. ) ) | |
| SCOR RUCKVERSICHERUNG (DEUTSCHLAND) AG, ) ) ) | |
| Respondent. ) | |

**ORDER APPOINTING INTERNATIONAL PROCESS SERVER**

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

**SO ORDERED**.

Signed: March 11, 2009

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge